**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6497

WILLIAM HENRY HARRISON,

Plaintiff - Appellant,

versus

VANESSA P. ADAMS, Warden, Petersburg Federal
Correctional Complex; JOSEPH BROOKS, Former
Warden, Petersburg Federal Correctional
Complex; JAMES CROSS, Former Acting Warden,
FCC Petersburg; CORNELIA JANZEN, Legal Liaison
& Administrative Remedy Coordinator, FCC
Petersburg; HARLEY G. LAPPIN, Director,
Federal Bureau of Prisons; HARRELL WATTS,
General Counsel/Administrative Remedy
Coordinator, B.O.P.; KIMBERLEY WHITE, Mid-
Atlantic Region Admin. Remedy Coordinator,
B.O.P.; DENISE M. GOTTLIEB, Mid-Atlantic
Region Admin. Remedy Coordinator, B.O.P., D.
PARKER, Unit Manager, FCC Petersburg Medium;
MR. CRENELL, Counselor, Petersburg FCC Medium;
DOCTOR LAYBOURNE, M.D., Petersburg FCC;
PHYSICIAN'S ASSISTANCE PANAGUITON, P.A. at
Petersburg FCC; J. FAJARDO, P.A. at Petersburg
FCC; P.A. NEGRON, P.A. or Former P.A. at
Petersburg FCC; MR. WYRICK, Unit Manager, Lee
Hall, Petersburg FCC; M. T. HARDING, Case
Manager, Lee Hall, Petersburg FCC; M. C.
SPEIGHTS, Counselor, Lee Hall, Petersburg FCC;
MR. WHEELER, Counselor, Lee Hall, Petersburg
FCC; JANET MORRIS, Supervisor of Education,
Petersburg FCC, DAWN RANKE, Former Associate
Warden for Programming, Petersburg FCC Low;
LIEUTENANT DESROCHES, Petersburg FCC Low;
OFFICER BLEVINS, Corrections Officer
Petersburg FCC; LORRAINE HILL, Secretary, BOP;
ANNETTE BAILEY, Secretary, BOP; OFFICER
MILLEMAC, C.O.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:06-cv-00501-TSE)

Submitted:  October 31, 2007          Decided:  December 11, 2007

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Henry Harrison, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Henry Harrison appeals the district court's orders: (1) dismissing under 28 U.S.C. § 1915A(b) (2000) his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971); and (2) denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Harrison v. Adams</u>, No. 1:06-cv-00501-TSE (E.D. Va. Feb. 8, 2007; filed Mar. 19, 2007, entered Mar. 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 3 -